**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-23314-JB

RENZO BARBERI,

      Plaintiff,

      vs.

SAVORY KEBAB LLC, a Foreign Limited
Liability Company d/b/a PINCHO and 4950
REAL ESTATE INVESTMENTS CORP., a
Florida Profit Corporation

      Defendants.
_____/

**<u>NOTICE OF VERBAL SETTLEMENT</u>**

The undersigned counsel hereby files this Notice of Verbal Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: *<u>Ronald E. Stern</u>*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, RENZO BARBERI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23314-JB

RENZO BARBERI,

       Plaintiff,

       vs.

SAVORY KEBAB LLC, a Foreign Limited
Liability Company d/b/a PINCHO and 4950
REAL ESTATE INVESTMENTS CORP., a
Florida Profit Corporation

       Defendants.
_____/

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on January 28, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

2