**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-23314-JB

RENZO BARBERI,

       Plaintiff,

       vs.

SAVORY KEBAB LLC, a Foreign Limited
Liability Company d/b/a PINCHO and 4950
REAL ESTATE INVESTMENTS CORP., a
Florida Profit Corporation,

       Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RENZO BARBERI, and Defendants, SAVORY KEBAB LLC d/b/a PINCHO and 4950 REAL ESTATE INVESTMENTS CORP ("the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, FL 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

By: *Gabriel S. Saade*
Gabriel S. Saade, Esq.
Florida Bar No. 111742
DARROWEVERETT LLP
1 SE Third Avenue, Suite 2520
Miami, FL 33131
Telephone: (305) 686-5159
Facsimile: (305) 686-6159
Email: gsaade@darroweverett.com
Attorney for Defendant, Savory Kebab LLC

By: *Ana C. Rivera Rios*
Ana C. Rivera Rios, Esq.
Florida Bar No. 1039674
TREMBLY LAW FIRM
9700 S. Dixie Highway, Penthouse 1100
Miami, FL 33156
Telephone: (305) 431-5678
E-mail: arivera@tremblylaw.com
Attorney for Defendant, 4950 Real Estate Investments Corp.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23314-JB

RENZO BARBERI,

      Plaintiff,

      vs.

SAVORY KEBAB LLC, a Foreign Limited
Liability Company d/b/a PINCHO and 4950
REAL ESTATE INVESTMENTS CORP., a
Florida Profit Corporation

      Defendants.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


By: *Ronald E. Stern*
Ronald Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, FL 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

3